UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 09-40827 GMB

Debtor: Todd A. Buirch

| Check Number | Creditor | Amount |
|---|---|---|
| 1828215 | Dovenmuehle Mortgage, Inc. | 1,377.65 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  December 2, 2013